IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GARY N. NOOSBOND,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                       Case No. 12-cv-386-wmc

STATE OF WI DEPARTMENT OF
WORKFORCE DEVELOPMENT and
STATE CAPITOL POLICE,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case for plaintiff's failure to state a claim.

| /s/ | 9/16/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |